# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO SALAS,<br><br>    Petitioner,<br><br>    v.<br><br>M.D. BITER,<br><br>    Respondent. | Case No. 1:15-cv-00831-LJO-EPG-HC<br><br>ORDER FOLLOWING REMAND FROM THE NINTH CIRCUIT COURT OF APPEALS<br><br>ORDER SETTING BRIEFING SCHEDULE |

Pursuant to the mandate of the United States Court of Appeals for the Ninth Circuit in the case of Salas v. Biter, Case No. 16-16019, the judgment of the district court was affirmed and the case was remanded to allow this Court to consider in the first instance whether Petitioner should be permitted to file an amended petition to include his newly exhausted claim challenging the robbery-murder special circumstance. (ECF Nos. 39, 42).

Accordingly, the Court HEREBY ORDERS:

1. Within **SIXTY (60) days** of the date of service of this order, Petitioner SHALL FILE a Motion to Amend.

2. Within **SIXTY (60) days** of the date of service of this order, Petitioner SHALL FILE any and all transcripts or other documents necessary for the resolution of the issues presented in the Motion to Amend. **The transcripts or other documents shall only be filed electronically and, to the extent practicable, provided in**

**Optical Character Recognition ("OCR") format. Petitioner shall not file a hard copy of the transcripts or other documents unless so ordered by this Court.**

3. Respondent SHALL FILE an Opposition or Statement of Non-Opposition within **TWENTY-ONE (21) days** of the date of service of Petitioner's Motion to Amend. Any Reply to an Opposition to the Motion to Amend SHALL be filed within **SEVEN (7) days** after the Opposition is served.

4. If necessary, the Court will schedule a hearing in due course.

These dates should be considered as firm by all parties. If any party requires additional time, it should file a motion for amendment of the schedule before a deadline has passed and explain in detail why the party cannot comply with this schedule. Extensions of time will only be granted upon a showing of good cause. All provisions of Local Rule 110 are applicable to this order.

IT IS SO ORDERED.

Dated:   **August 28, 2020**              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

2