# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO SALAS, | Case No. 1:15-cv-00831-LJO-EPG-HC |
| Petitioner, | ORDER GRANTING PETITIONER'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER |
| v. | |
| M.D. BITER, | (ECF No. 44) |
| Respondent. | |

On October 26, 2020, Petitioner filed the instant motion to amend the scheduling order (ECF No. 44) to allow him a 30-day extension of time to file (a) his motion for leave to amend petition, and (b) all documents necessary to support that motion. The state court records from Petitioner's direct appeal number were lodged in paper form only earlier in the case (ECF No. 13), and Petitioner proposes to enlist a service to obtain an electronic replica of the earlier paper lodging, and to file that within the proposed new deadline, but prior to completing and filing the motion for leave. Respondent has no objection to the proposed extension.

///
///
///
///
///

Good cause appearing therefore, the Court **GRANTS** Petitioner's motion to amend the scheduling order. Petitioner's motion for leave, and the supporting papers, shall be filed on or before November 30, 2020.

All other provisions of the scheduling order (ECF No. 43) shall remain in effect.

IT IS SO ORDERED.

Dated:   **October 26, 2020**            /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE