# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO SALAS,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>M.D. BITER, Warden,<br><br>　　　　　　　Respondent. | No. 1:15-cv-00831-NONE-EPG-HC<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER<br><br>(ECF No. 52) |

On March 23, 2021, Petitioner filed a motion to amend the scheduling order (ECF No. 52) to allow him a fifth extension of time to file (a) his motion for leave to amend petition, and (b) all documents necessary to support that motion. Petitioner requests a new filing deadline of May 10, 2021. Respondent has no objection to the proposed extension.

The Court hereby **GRANTS** Petitioner's motion. Petitioner's motion for leave, and the supporting papers, shall be filed on or before May 10, 2021.

All other provisions of the Scheduling Order (ECF No. 43) shall remain in effect.

IT IS SO ORDERED.

Dated:   **March 24, 2021**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE